NUMBER 13-09-00281-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

CHRISTINA PEREZ, Appellant,


v.



CORPUS CHRISTI HOUSING AUTHORITY, Appellee. 

_____________________________________________________________


On appeal from the County Court at Law No. 5


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Christina Perez, perfected an appeal from a judgment entered by the
County Court at Law No. 5 of Nueces County, Texas, in cause number 08-61256-5. 
Appellant has filed an unopposed motion to dismiss the appeal on grounds that the trial
court granted a motion for new trial and the appeal is not necessary. Appellant requests
that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 9th day of July, 2009.